**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| GERALD E. POINDEXTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 10-CV-00632-NKL |
| | ) | |
| JOHN E. SCOTT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

COME NOW the parties, by and through their undersigned and respective counsel of record, and hereby stipulate this case may be dismissed with prejudice, and that all parties are to bear their own costs and expenses incurred in the prosecution and/or defense of this matter.

Respectfully submitted,

WELDON W. PERRY, JR., P.C.

/s/ Weldon W. Perry, Jr.

WELDON W. PERRY, JR., #26902
1002 Main, P.O. Box 9
Lexington, MO 64067
(660) 259-4417; Fax: (660) 259-4221
*Attorney for Plaintiff*

CHRIS KOSTER
Attorney General

/s/ Doug Leyshock

DOUG LEYSHOCK, #47912

Assistant Attorney General
P.O. Box 899
Jefferson City, MO 65102
(573) 751-3321; Fax: (573) 751-9456
*Counsel for Defendant Wingo*

FISHER, PATTERSON, SAYLER & SMITH, LLP

/s/ David S. Baker
David S. Baker, dbaker@fisherpatterson.com #30347
Peter Maharry, pmaharry@fisherpatterson.com #54956
51 Corporate Woods, Suite 300
9393 W. 110th Street
Overland Park, KS 66210
(913) 339-6757; Fax (913) 339-6187
*Attorneys for Defendants Scott and Paxton*